UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| MARTIN URIAS,<br>and other similarly situated individuals,<br><br>    Plaintiff,<br>vs.<br><br>RESTAURANT INVESTMENT AT DORAL, LLC, a Florida Limited Liability Company and EDUARDO NAMNUM, individually,<br><br>    Defendants. | CASE NO.: 14-cv-24218-DPG |

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, RESTAURANT INVESTMENT AT DORAL, LLC, a Florida Limited Liability Company, (the "Restaurant"), by and through its undersigned counsel hereby answers the Complaint filed by Plaintiff, MARTIN URIAS ("Urias"), as follows:

## GENERAL ALLEGATIONS

1. Defendant admits that this purports to be an action for damages under the Fair Labor Standards Act (29 U.S.C. §§201-219, hereinafter referred to as the "FLSA"), but denied as to Plaintiff's entitlement to any relief whatsoever.

2. Defendant admits the allegation contained within this paragraph.

3. Defendant admits the allegation contained within this paragraph.

4. Defendant admits the allegation contained within this paragraph.

5. Defendant admits the allegation contained within this paragraph.

6. Defendant admits the allegation contained within this paragraph.



7. This paragraph does not contain a clear allegation and as such, denied.

8. Defendant denies the allegation contained within this paragraph.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

9. Defendant admits the allegation contained within this paragraph.

10. Defendant denies the allegation contained within this paragraph.

11. Defendant denies the allegation contained within this paragraph.

## COUNT I
### Wage & Hour Federal Statutory Violation Against
### RESTAURANT INVESTMENT AT DORAL, LLC

12. Inasmuch as the Plaintiff re-adopts the previous paragraphs of the Complaint, Defendant re-adopts its answers.

13. Defendant admits that this action is brought by Plaintiff under the provisions of 29 U.S.C. §201 *et. seq.*, but denied as to Plaintiff's entitlement to any relief whatsoever.

14. Defendant admits the allegation contained within this paragraph.

15. Defendant admits the allegation contained within this paragraph.

16. Defendant admits the allegation contained within this paragraph.

17. Defendant admits the allegation contained within this paragraph.

18. Defendant admits that the Plaintiff purports to recover for unpaid wages accumulated from the date of hire and/or from 3 (three) years from the date of the filing of this Complaint, but denied as to Plaintiff's entitlement to any relief whatsoever.

19. Defendant denies the allegation contained in this paragraph.

20. Defendant denies the allegation contained in this paragraph.

21. Defendant denies the allegation contained in this paragraph.



## COUNT II
### *Wage & Hour Federal Statutory Violation Against Eduardo Namnum*

This Count is not directed at Defendant, RESTAURANT INVESTMENT AT DORAL, LLC, and as such, will not be addressed by same.

## AFFIRMATIVE DEFENSES

In response to the Complaint, Defendant, RESTAURANT INVESTMENT AT DORAL, LLC asserts the following affirmative defenses:

1. Plaintiff fails to state a cause of action under the FLSA.

2. Plaintiff fails, in whole or in part, to state a claim against Defendant for which relief may be granted.

3. Plaintiff was paid for all hours of work in compliance with the FLSA.

4. Defendant acted at all times in good faith and had reasonable grounds to believe that its actions were not a violation of the FLSA, and/or any other federal, state or local law or regulation and, therefore, liquidated damages are not appropriate in this action.

5. The act or omission complained of was in good faith, in conformity with, and in reliance on any administrative regulation, order, ruling, approval, or interpretation, or any administrative practice or policy with respect to the class of employers to which Plaintiff belonged.

6. Defendant is entitled to any and all exemptions and credits that are applicable to Plaintiff under the FLSA.

7. Any time worked by Plaintiff in excess of forty (40) hours per workweek was *de minimis*.

8. Plaintiff did not work the hours that he claims to have worked.



2701 Ponce de Leon Blvd. Suite 202, Coral Gables, FL 33134 • Tel: 305-444-3114 • Fax: 305-444-3115 • brian@triallawmiami.com

9. Plaintiff's claims are subject to all limitations on recovery of damages as set forth under applicable law.

10. To the extent discovery reveals that Plaintiff failed to follow applicable policies for reporting hours worked, Defendant will invoke the doctrine of estoppel and/or waiver to bar such claims.

11. Plaintiff's claims must be offset by any premium compensation, overpayments, bonuses, advances, commissions, or other job-related benefits or funds paid or provided, including a reduction for any compensation already paid for periods not compensable under the FLSA, and those to which he had no entitlement.

12. Plaintiff received any and all compensation that he was entitled to under the FLSA.

13. If Plaintiff is entitled to any recovery, he is not entitled to prejudgment interest.

14. Plaintiff has failed to allege a sufficient basis for recovering attorney's fees and costs.

15. Defendant reserves the right to assert additional affirmative defenses that may be discovered during the defense of this matter.

WHEREFORE, Defendant, RESTAURANT INVESTMENT AT DORAL, LLC, having answered the Complaint, pray that judgment be entered in its favor, that it be awarded attorney's fees and costs incurred in the defense of this matter, and that the Court award such other relief as it deems mete and just.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Clerk of Court by using the CM/ECF system on December 19, 2014 on all counsel or parties of record.

BARAKAT LAW

2701 Ponce de Leon Blvd. Suite 202, Coral Gables, FL 33134 • Tel: 305-444-3114 • Fax: 305-444-3115 • brian@triallawmiami.com

Respectfully submitted,

**BARAKAT LAW, P.A.**
2701 PONCE DE LEON BLVD., SUITE 202
CORAL GABLES, FLORIDA 33134
TEL  (305) 444-3114
FAX  (305) 444-3115


BY: *S/NORY ACOSTA-LOPEZ*
BRIAN BARAKAT
FLORIDA BAR NUMBER 457220
brian@triallawmiami.com
service@triallawmiami.com

NORY M. ACOSTA-LOPEZ
FLORIDA BAR NUMBER 20637
nory@triallawmiami.com
service@triallawmiami.com